**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § § § | |
| *Plaintiff,* | § § § | |
| **v.** | § § | **Civil Action No.: 1:23-cv-01541-RP** |
| **CENTRAL AUSTIN MOTORCARS, LLC; HI TECH MOTORCARS, LLC; and STADIUM MOTORCARS, LLC,** | § § § § § | |
| *Defendants.* | § § | |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff U.S. Equal Employment Opportunity Commission (the "Commission" or "EEOC") and Defendants Central Austin Motorcars, LLC, Hi Tech Motorcars, LLC, and Stadium Motorcars, LLC, ("Defendants") respectfully move the Court for approval and entry of the attached Consent Decree (Exhibit A). In support of the Motion, the parties state as follows:

1. The Commission and Defendants have negotiated the attached Consent Decree as a resolution of the Commission's claims in the above-captioned case.

2. The Commission believes that the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3. The Commission and Defendants believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person. The Commission believes that entry of of this Consent Decree will further the objectives of Title VII of the Civil Rights Act of 1964 and will be in the best interests of the parties, those for whom the Commission seeks relief, and the public.

1

Respectfully submitted,

/s/ Shannon J. Black
Shannon J. Black
Senior Trial Attorney
Texas State Bar No. 24126061
shannon.black@eeoc.gov

Philip J. Moss
Senior Trial Attorney
Texas State Bar No. 24074764
philip.moss@eeoc.gov

**U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**
Dallas District Office
207 Houston, 3rd Floor
Dallas, Texas 75202
Telephone: (972) 918-3598
Facsimile: (214) 253-2749

/s/ Matthew G. Reeves S.W.P
Matthew G. Reeves
Texas State Bar No. 00791498
mreeves@jdkglaw.com

Charles Patrick Waites
Texas State Bar No. 00791867
pwaites@jdkglaw.com

Donald W. Gould, II
Texas State Bar No. 08234250
dgould@jdkglaw.com

**JOHNSON DELUCA KURISKY &
GOULD, PC**
Four Houston Center
1221 Lamar Street, Suite 1000
Houston, TX 77010
Telephone: (713) 652-2525
Facsimile: (713) 652-5130

*Attorneys for Defendants Central Austin
Motorcars, LLC, Hi Tech Motorcars,
LLC, and Stadium Motorcars, LLC*